```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

10TH STREET PARTNERS, LLC,

        Plaintiff,        Case No.: 8:11-cv-2362-T-33TGW
v.

COUNTY COMMISSION FOR SARASOTA
COUNTY, FLORIDA,

        Defendant.
_____/

## ORDER

This matter comes before the Court pursuant to Plaintiff's Motion for Judicial Notice (Doc. # 24), which was filed on February 25, 2012. Defendant did not file a response to the motion within the time provided by Local Rule 3.01(b), and the time for doing so has now passed. Accordingly, this Court considers the Motion for Judicial Notice as an unopposed motion. For the reasons stated herein, the motion is granted.

## Analysis

Pursuant to Federal Rule of Evidence 201, Plaintiff requests that the Court take judicial notice of Resolution Number 2011-147 that was passed and adopted by the Sarasota County Board of County Commissioners and filed in the Sarasota County public record on or about July 28, 2011.

Rule 201(b) of the Federal Rules of Evidences provides

that:

> A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

F.R.E. 201(b).

"In order for a fact to be judicially noticed under Rule 201(b), indisputability is a prerequisite." United States v. Jones, 29 F.3d 1549, 1553 (11th Cir. 1994)(citing 21 C. Wright & K. Graham, Federal Practice and Procedure: Evidence § 5104 at 485 (1977 & Supp.1994)). Further, Rule 201(d) of the Federal Rules of Evidence provides that "A court shall take judicial notice if requested by a party and supplied with the necessary information."

Defendant has failed to object to Plaintiff's request for judicial notice. The above-noted municipal document is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Additionally, Plaintiff has furnished the Court with a copy of Resolution No. 2011-147. (Doc. # 24-1). Thus, the Court will take judicial notice of Sarasota County Board of County Commissioners Resolution No. 2011-147.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff's Motion for Judicial Notice (Doc. # 24) is **GRANTED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>19th</u> day of March, 2012.

<span style="text-align:center">*Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE</span>

Copies to: All Counsel of Record